**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

```
_____
UNITED STATES OF AMERICA,      )
                               )
V.                             )    Criminal No. 1:93cr402
                               )
TODD A. FOSTER,                )
                               )
                Defendant.     )
_____)
```

**<u>ORDER</u>**

This matter comes before the Court on the Defendant's motion for reduction of sentence.  It appearing to the Court that the sentence previously imposed was correct for the reasons stated, it is hereby

ORDERED that the Defendant's motion is DENIED.

/s/
_____
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 8   , 2005